STATE OF NEW JERSEY v. DONALD MAZUR.

October 4, 1978. Petition for certification denied. (See 158 *N. J. Super.* 89)

PRINCETON CHARTER CLUB v. BOROUGH OF PRINCETON.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF W. R.

October 4, 1978. Petition for certification denied.

CLARA KAZIN v. MICHAEL KAZIN.

October 4, 1978. Petition for certification granted. (See 161 *N. J. Super.* 174)

STATE OF NEW JERSEY v. HAROLD MILLER.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. HARRY H. STAHL, JR.

October 4, 1978. Petition for certification denied.